**IT IS ORDERED as set forth below:**



**Date: May 28, 2021**

_____

          **Paul W. Bonapfel**
    **U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

BILLY C. KIRBY III,

    Debtor.

CASE NO. 21-53366-PWB

CHAPTER 7

## ORDER

On May 13, 2021, the Debtor filed a motion for an extension of time to file necessary papers (schedules, statement of financial affairs and other documents required by 11 U.S.C. § 521.). It is

ORDERED that the Debtor shall file all necessary documents required by 11 U.S.C. § 521 on or before **June 10, 2021**. If the documents are timely filed, the United States Trustee may reschedule the 11 U.S.C. § 341 meeting of creditors. It is

FURTHER ORDERED that if the Debtor fails to timely file the documents this case shall be dismissed without further notice or opportunity for hearing.

       The Clerk is directed to serve copies of this Order on the Debtor, Chapter 7 Trustee, and the United States Trustee.

**END OF ORDER**