**IT IS ORDERED as set forth below:**



**Date: June 17, 2021**

_____

          **Paul W. Bonapfel**
     **U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>BILLY C. KIRBY III,<br><br>    Debtor. | CASE NO. 21-53366-PWB<br><br>CHAPTER 7 |

## ORDER OF DISMISSAL

On May 28, 2021, the Court entered an Order extending the deadline to file all necessary documents required by 11 U.S.C. § 521 to June 10, 2021.  The Order further provided that failure to timely file the documents would result in dismissal of the case without further notice or opportunity for hearing.  The record reflects the Debtor has failed to comply with the May 28, 2021 Order.  Accordingly, it is

ORDERED that the case is dismissed.

The Clerk is directed to serve copies of this Order on the Debtor, Chapter 7 Trustee, creditors, and parties in interest.

**END OF ORDER**