21-53366

2021 JUN 23 PM 1: 11

Rachael Smith

Certificate Number: 15725-GAN-CC-035764531

15725-GAN-CC-035764531

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 16, 2021, at 8:14 o'clock PM EDT, Billy Kirby received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 16, 2021                By:  /s/Calvin Yim

Name:  Calvin Yim

Title:  Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).