UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Billy C. Kirby III

Debtor(s)

Case No.: 21-53366

Chapter: 7

## Motion for Violation of Automatic Stay

On the day of June 1, 2021 on or before 3pm. Howard P. Slomka, Esq., attorney for my landlord William E. Touloumis came to my home & I was actually pulling up as he was knocking on my door. Mr. Slomka saw me pull up & then came to my car window, introduces himself then asks me, "Do I want to ~~talk~~ talk right here infront of my guests in the car or do I want to get out the car". Of course I got out because I didn't want my son or guests in car to witness conversation.

Dated: 6/22/21

Signature: [signed] Billy Kirby

Printed Name: Billy C. Kirby III

Address: 5127 Pindus Pass
Powder Springs, GA 30127

Phone: (678) 591-6138

When I stepped out of the car Mr. Slomka proceeded to ask me when did we plan to vacate? Mr. Slomka said agreeing on a lease termination date would save me the embarrassment of a police eviction. Mr. Slomka was asking me if my wife was going to pay or move out because she did not file bankruptcy & he plans to get a judgment against her. I at that point advised Mr. Slomka that we are to handle everything by law through bankruptcy court because he is very aware, I'm in bankruptcy. Mr. Slomka said, "I know I just wanted to see if we could get an early termination agreed upon." I advised Mr. Slomka I couldn't give him an early termination date & I will deal accordingly by how the bankruptcy court's direction.

Make a copy

Erica <erica@pugoers.com>
Wed 6/23/2021 11:52 AM
To: The UPS Store #1630 <store1630@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

---

**From:** Howie Slomka <hs@bsms.law>
**Sent:** Tuesday, June 1, 2021 5:04 PM
**To:** Erica
**Subject:** RE: Lease Default Notice MAY 2021

I met with Billy briefly outside the house.
I want to confirm that HE is in bankruptcy but you are not. Correct?

If you both want to move out, let me know when and we can sign a lease termination, which is far better than getting a money judgment against you. As of now, you are 3 months behind in the lease (4,800 each) and we have send YOU a notice of termination, but hard nothing back.

We reserve all rights and remedies, including the full acceleration of the Lease, but we would be willing to reduce that if you cooperate in lease termination and move out date.

Please reply and let me know your plan.

**Howard P. Slomka, Esq.**
PARTNER
BUSCH, MILLS & SLOMKA, LLP



LAWYERS OF DISTINCTION 2021

D: 404 800-4017
6400 Powers Ferry Road, Suite 391
Atlanta, GA 30339
HS@BuschMills.com

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Under U.S. Treasury regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: __Billy C. Kirby III__ )   Case No: __21-53366__
)
_____ )   Chapter __7__
)
)
)

Debtor(s)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __23__ day of __June__, 20__21__ I served a copy of __Motion for violation of automatic stay__ which was filed in this bankruptcy matter on the __23__ day of __June__, 20__21__.

Mode of service (check one):   (✓) MAILED   ( ) HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

__Cathy L Scarver__
__P.O. Box 672587__
__Marietta, GA 30006__

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __June 23, 2021__      Signature: __Billy Kirby__ (signed)

Printed Name: __Billy Kirby__

Address: __5127 Pindos Pass__
__Powder Springs, GA 30127__
__(678) 594-6138__

Phone:

(Generic Certificate of Service – Revised 4/13)