

**IT IS ORDERED as set forth below:**

Date: July 19, 2021

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BILLY C. KIRBY III | ) | CASE NO.: 21-53366-pwb |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| BILLY C. KIRBY III | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Contested Matter |
| | ) | |
| WILLIAM E. TOULOUMIS | ) | |
| | ) | |
| Respondent. | ) | |

===============================================================

**ORDER DENYING**
**DEBTOR'S MOTION FOR SANCTIONS**

Debtor filed his Motion for Sanctions (this "Motion") on June 23, 2021. All parties were served and the Court heard the Motion at a hearing on July 15, 2021. Creditor was represented by Howard P. Slomka, Esq., and Debtor represented himself *pro se*. Testimony was also proffered by Debtor's wife and co-tenant Erika Goodley. Having heard the arguments and proffers of evidence, the Court has considered the matter and it is accordingly

ORDERED that the Motion is DENIED without prejudice. If Debtor should re-file a motion for sanctions based on the same facts as this motion, the Court will consider awarding fees and costs to Creditor for having to defend it a second time.

It is further Ordered that the Clerk shall serve a copy of this Order on the interested parties.

End of Order

Respectfully submitted by

/s/_____
Howard Slomka, Esq.
Georgia Bar No.: 652875
Busch Mills Slomka, LLP
6400 Powers Ferry Road NW
Suite 391
Atlanta, Georgia 30339
404-800-4017
**Attorney for Landlord**

**Approved as to form by Debtor Billy C. Kirby, III**